FILED

2011 DEC -7 PM 1: 32

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

LEONARD MANSLEAU BENFIELD

CASE NO. 5:11-cr- 33-OC-10-TBS
18 U.S.C. § 2422(b)
18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about July 12, 2011, and continuing through on or about July 14, 2011, in Citrus and Duval Counties, Florida, in the Middle District of Florida, and elsewhere, the defendant,

**LEONARD MANSLEAU BENFIELD,**

using a facility and means of interstate commerce, that is, the Internet and cell phone, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in a sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida law, that is, Lewd or Lascivious Battery, a violation of Section 800.04, Florida Statutes.

All in violation of Title 18, United States Code, Section 2422(b).

## **FORFEITURES**

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

## **FORFEITURES**

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2428.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of a offense in violation of Title 18, United States Code, Section 2422, the defendant, LEONARD MANSLEAU BENFIELD, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly. as a result of such offense.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

2

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Samuel D. Armstrong
Assistant United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney
Deputy Chief, Criminal Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

LEONARD MANSLEAU BENFIELD

## INDICTMENT

Violations:

18 USC 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 7th day

of December, 2011.

_____
Clerk

Bail  $_____

GPO 863 525